**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JONATHAN CARTER,

                Plaintiff,

   -against-                                       25 **CIVIL** 3432 (LLS)

                                                    **JUDGMENT**

THE CITY OF NEW YORK; STEVEN
STERNBERG; KARMEN LAM; DESMOND
BROWN,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2025, the Court has dismissed the complaint for failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead. The Court has declined to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court has denied Plaintiff's application for the court to request pro bono counsel without prejudice to renewal at a later time, should he submit an amended complaint. (ECF 4.)

**Dated:** New York, New York

       September 26, 2025

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                            **Clerk of Court**

                                  **BY:**       _K. Mango_
                                                            _____
                                                            **Deputy Clerk**